THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGE HOEY MORRIS, #11672-002, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:09-CV-1086-ID |
| | ) | [WO] |
| | ) | |
| ALAN NUMMEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

On December 7, 2009, the Magistrate Judge filed a Recommendation (Doc. 3) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 3) of the Magistrate Judge is ADOPTED, and

2. This case be DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(A)(b)(1) as the complaint is not filed within the time prescribed by the applicable period of limitations.

An appropriate judgment will be entered.

Done this 28th day of December, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE