IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGE HOEY MORRIS, #11672-002 | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | CASE NO. 2:09-CV-1086-ID (WO) |
| ALAN NUMMEY, *et al.*, | ) ) | |
| Defendants. | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection to the Recommendation of the Magistrate Judge filed on February 16, 2010 (Doc. No. 9), is overruled;

2. The Recommendation of the Magistrate Judge filed on December 7, 2009 (Doc. No. 3), is hereby ADOPTED, APPROVED and AFFIRMED;

3. The Complaint is hereby DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(A)(b)(1) as the complaint is not filed within the time prescribed by the applicable period of limitations.

DONE this 26th day of February, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE