IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| GEORGE HOEY MORRIS, | ) | | |
| #11672-002 | ) | | |
| | ) | | |
|     Plaintiff, | ) | | |
| v. | ) | CASE NO.  2:09-CV-1086-ID | |
| | ) |         (WO) | |
| ALAN NUMMEY, *et al.*, | ) | | |
| | ) | | |
|     Defendants. | ) | | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The plaintiff's objection to the Recommendation of the Magistrate Judge filed on February 16, 2010 (Doc. No. 9), is overruled;

2.  The Recommendation of the Magistrate Judge filed on December 7, 2009 (Doc. No. 3), is hereby ADOPTED, APPROVED and AFFIRMED;

3.  The Complaint is hereby DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(A)(b)(1) as the complaint is not filed within the time prescribed by the applicable period of limitations.

DONE this 26th day of February, 2010.

                                                     /s/ Ira DeMent
                                        SENIOR UNITED STATES DISTRICT JUDGE